UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 24-290

UNITED STATES OF AMERICA,

Plaintiff,

v.　　　　　　　　　　　　**NOTICE OF APPEARANCE**

JOEL CLARENCE VELISEK,

Defendant.


Please add the following Assistant United States Attorney to the above-captioned case:

Add AUSA

Michael E. Blackburn


Dated: June 30, 2026　　　　　　　Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

*s/ Michael E. Blackburn*
BY:　MICHAEL E. BLACKBURN
Assistant U.S. Attorney
600 U.S. Courthouse
300 S. 4th Street
Minneapolis, MN 55415
Attorney reg: 26303NE
michael.blackburn2@usdoj.gov
(612) 664-5600